0  6872

WITHDRAWN
AND NOT
REISSUED